

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:12CR00425AGF ) |
| BRIDGET HELM, a/k/a "Bridget Ayres", | ) ) ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Between on or about March 1, 2009 and April 1, 2011, in the Eastern District of Missouri, the Defendant,

**BRIDGET HELM,**

did knowingly and intentionally embezzle, steal and purloin money of the United States, to wit: in excess of $13,000 in Dependency and Indemnity Compensation from the United States Department of Veterans Affairs paid in the name of her deceased mother.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS C. ALBUS, #46224MO
Assistant United States Attorney